IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  MIX, DOUGLAS          Case No.: 11 – 11060
        MIX, LOIS

Debtors                        Hon. Jessica Price Smith

-------------------------------------------------------------------------------------------------
### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
-------------------------------------------------------------------------------------------------

Now comes Blake Owen Brewer ("Brewer") of the law firm of Blake Owen Brewer Co. LPA who requests that he be added to the Court's notices and that he be noticed on all future filings in this matter.

Respectfully submitted,

/s/ Blake Owen Brewer
Blake Owen Brewer Co. LPA
Blake Owen Brewer (#0010639)
4807 Rockside Road, Ste. 400
Independence, OH  44131
P: (216) 642-8234/ F: (216) 642-8235
Email:  blake@blakebrewer.com

### CERTIFICATE OF SERVICE

I certify that on December 30, 2013, a true and correct copy of the Debtor's "Notice of Appearance and Request for Notice" was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Hilary B. Bonial on behalf of  Wells Fargo Bank, at    notice@bkcylaw.com

Joel K Jensen on behalf of  Citimortgage, at nohbk@lsrlaw.com

Craig H Shopneck   on behalf of the Chapter 13 Trustee  ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

United States Trustee on their behalf, at    (Registered address)@usdoj.gov

And by regular U.S. mail, postage paid, on:

FIRST MARBLEHEAD CORPORATION AUTHORIZED AGENT FOR:
1 CABOT RD
MEDFORD, MA 02155

Douglas Edward & Lois Mix
9710 Cherry Tree Drive, Apt. 102
Strongsville, OH 44136

/s/ Blake Owen Brewer
Blake Owen Brewer (0010639)
4807 Rockside Road Ste. 400
Independence, OH 44133
(216) 642-8234
blake@blakebrewerlaw.com