IT IS SO ORDERED. IN THE UNITED STAT
                           NORTHERN D
Dated: 24 January, 2014 03:07 PM EASTER



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

Mix, Douglas E.
Mix, Lois O.
     Debtors

: IN PROCEEDINGS UNDER CHAPTER 13

**AGREED ORDER RESOLVING MOTION OF DEBTORS DOUGLAS E. & LOIS O. MIX FOR AN ORDER UPON GREEN TREE SERVICING LLC, TO APPEAR AND SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT AND FOR DAMAGES**

This cause came on for consideration upon the motion of the Debtors for an Order upon Green Tree Financial LLC (hereinafter referred to as "Green Tree"), to show cause why they should not be held in contempt of court and the agreement of the Parties. IT IS, THEREFORE, ORDERED that the motion be, and hereby is, granted, and Green Tree is ordered to refund to the Chapter 13 Trustee the sum of $13,874.88, and separately for payment of attorneys' fees and expenses of $3,175.00, both to be paid by checks mailed and postmarked no later than February 1, 2014.

**Agreed to:**

/s/ Blake Owen Brewer
Blake Owen Brewer (0010639)
Blake Owen Brewer Co. L.P.A.
4807 Rockside Road, Suite 400
Independence, OH 44131
P: (216) 642-8234/F: (216) 642-8235
Email: blake@blakebrewerlaw.com
Counsel for Douglas & Lois Mix

/s/ David J. Demers by email consent
David J. Demers (0055423)
Cooke, Demers & Gleason, LLC
Three North High Street
P.O. Box 714
New Albany, Ohio 43054
P: (614) 939-0930/F: (614) 939-0987
Email: ddemers@cdgattorneys.com
Counsel for Green Tree Servicing LLC

**CERTIFICATE OF MAILING**

A true and correct copy of the foregoing agreed order was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

David J. Demers, Esq. on behalf of Green Tree Servicing, LLC, at ddemers@cdgattorneys.com

Blake O. Brewer, Esq., on behalf of Douglas & Lois Mix, at blake@blakebrewerlaw.com

Craig H Shopneck   on behalf of the Chapter 13 Trustee ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com

United States Trustee on their behalf, at    (Registered address)@usdoj.gov

And by regular U.S. mail, postage paid, on:

Douglas Edward & Lois Mix
9710 Cherry Tree Drive, Apt. 102
Strongsville, OH 44136